DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C06-4480 JSW<br><br>**JOINT ADR STIPULATION**<br><br>CMC Date: December 15, 2006<br>Time: 1:30 p.m.<br>Hon. Jeffrey S. White<br><br>Date Action Filed: July 24, 2006<br>Trial Date: None Set |

JOINT ADR STIPULATION
Muhammad, et al. v. CCSF, et al. – USDC No. C06-4480 JSW

1

n:\lit\li2006\070184\00410456.doc

The parties agree to the following ADR mode: mediation.

Dated: November 13, 2006

                                            DENNIS J. HERRERA  
                                            City Attorney  
                                            JOANNE HOEPER  
                                            Chief Trial Deputy  
                                            SCOTT D. WIENER  
                                            Deputy City Attorney

                                            -/s/-  Scott D. Wiener  
                                  By:_____  
                                            SCOTT D. WIENER  
                                            Attorneys for Defendants

Dated: November 13, 2006

                                            LAW OFFICES OF GAYLA B. LIBET

                                            -/s/-  Gayla B. Libet  
                                  By:_____  
                                            GAYLA B. LIBET  
                                            Attorneys for PlaintiffS

IT IS SO ORDERED.

Date: _November 21, 2006_               _____  
                                        HON. JEFFREY S. WHITE  
                                          UNITED STATES DISTRICT JUDGE