DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C06-4480 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CHANGE MEDIATION DEADLINE (L.R. 6-2)**<br><br>Date Action Filed: July 24, 2006<br>Trial Date: December 10, 2007 |

STIPULATION RE MEDIATION DEADLINE  
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480

1

n:\lit\li2007\070184\00003523.doc

1   WHEREAS the Court previously referred this matter to mediation and set a deadline of
2 February 20, 2007, for completion of mediation, no previous extension of that deadline having
3 occurred;
4   WHEREAS counsel are initiating discovery but will not have sufficient discovery completed
5 by February 20 to participate meaningfully in mediation;
6   WHEREAS Plaintiffs are currently in the process of amending their complaint to add nine
7 police officers as individual defendants;
8   WHEREAS lead trial counsel for Defendants will be out of the country from February 2
9 through 16 and therefore unable to prepare meaningfully for mediation on the business day after his
10 return;
11   AND WHEREAS the requested extension will have no meaningful impact on the case
12 management schedule that the Court previously set;
13   THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, that
14 the deadline to complete mediation of this case be extended to April 20, 2007.

Dated: January 22, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
SCOTT D. WIENER
Deputy City Attorney

By: ‑/s/‑   Scott D. Wiener
SCOTT D. WIENER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF HEATHER FONG

STIPULATION RE MEDIATION DEADLINE        2        n:\lit\li2007\070184\00003523.doc
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480

Dated: January 22, 2007

                                    LAW OFFICES OF GAYLA B. LIBET

                        -/s/-   Gayla B. Libet
                  By:_____
                      GAYLA B. LIBET
                      Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __January 29, 2007__                 _/s/ Jeffrey S. White_____
                                           HON. JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE