JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; and STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, DOES 10 through 25, inclusive,<br><br>Defendants._____/ | No. C-06-04480-JSW<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the

above-entitled action, by and through their respective counsel, as follows:

1. Plaintiffs shall amend their original Complaint in this action to name defendants in

STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT

1

substitution for defendant DOES, as follows:

    A. In substitution for defendant DOE 1: SHERMAN LEE;

    B. In substitution for defendant DOE 2: JESSE FARRELL;

    C. In substitution for defendant DOE 3: DAVID RODRIGUEZ;

    D. In substitution for defendant DOE 4: ERICK ANDERSON;

    E. In substitution for defendant DOE 5: DAVID BATCHELDER;

    F. In substitution for defendant DOE 6: AJAY SINGH;

    G. In substitution for defendant DOE 7: PATRICK McCORMICK;

    H. In substitution for defendant DOE 8: STEPHEN COLEMAN; and,

    I. In substitution for defendant DOE 9: ANTHONY MONTOYA;

2. Plaintiffs shall further amend their original Complaint in this action to dismiss the Sixth Cause of Action in the original Complaint, which was for Negligent Infliction of Emotional Distress against defendant police officers, as that cause of action is included under the law within the ambit of the cause of action for Negligence against the named police officers and DOE 10 in the First Amended Complaint;

3. Plaintiffs shall further amend their original Complaint in this action to add a Ninth Cause of Action for Vicarious Liability of defendant CITY AND COUNTY OF SAN FRANCISCO;

4. Plaintiffs shall further amend their original Complaint in this action to add certain facts regarding the subject incident; and various other small changes to the Second and Eighth Causes of Action so that they read more clearly;

5. Defendant CITY AND COUNTY OF SAN FRANCISCO's attorneys have reviewed the proposed First Amended Complaint that plaintiffs will file, and agree that plaintiffs shall file said First Amended Complaint containing the amendments therein;

6. By entering into this Stipulation, defendants do not waive any defenses that they have to the claims in the Complaint, and do not admit any allegations in the Complaint. Moreover, by entering into this Stipulation, defendants do not admit that any of the individual officers to be named as defendants engaged in any of the conduct attributed to them in the Complaint;

7. Plaintiffs' counsel will E-file this Stipulation and the First Amended Summons and Complaint;

8. Defendant CITY AND COUNTY OF SAN FRANCISCO's attorneys shall accept service of plaintiffs' First Amended Summons and Complaint on behalf of all named defendants therein, except for defendant SHERMAN LEE; and,

9. Defendants CITY AND COUNTY OF SAN FRANCISCO; HEATHER FONG; JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK McCORMICK, STEPHEN COLEMAN, and ANTHONY MONTOYA shall file and serve their Answer to plaintiffs' First Amended Complaint within thirty (30) days after the Order granting the this Stipulation has been E-filed by the Court, which will constitute service on said defendants of the First Amended Summons and Complaint.

LAW OFFICES OF GAYLA B. LIBET

Dated: January 26, 2007      By: /s/ Gayla B. Libet
                                  GAYLA B. LIBET, Esq.
                                  Attorneys for Plaintiffs

LAW OFFICES OF JOHN L. BURRIS

Dated: January 26, 2007      By: /s/ John L. Burris
                                  JOHN L. BURRIS, Esq.
                                  Attorneys for Plaintiffs

STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT           3

1
2
3
4
5
6       OFFICE OF THE SAN FRANCISCO
        CITY ATTORNEY
7
8  Dated: January 26, 2007        By: /s/ Scott D. Weiner
9                                     SCOTT D. WIENER, Esq.
                                      Attorneys for Defendants
10
11                              **ORDER**
12
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
13
14
15 Dated: February 1, 2007
                                      *Jeffrey S White*
16
                                      HONORABLE JEFFREY S. WHITE
17                                    United States District Court Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT

4