DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, CHIEF HEATHER FONG, JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK MCCORMICK, STEPHEN COLEMAN, AND ANTHONY MONTOYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; SHERMAN LEE, JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK MCCORMICK, STEPHEN COLEMAN, and ANTHONY MONTOYA, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 10 through 25, inclusive,<br><br>Defendants. | Case No. C06-4480 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXCUSING OFFICERS FROM ATTENDING MEDIATION (L.R. 6-2)**<br><br>Date Action Filed: July 24, 2006<br>Trial Date: December 10, 2007 |

STIPULATION RE MEDIATION
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480

1

n:\lit\li2007\070184\00017064.doc

The parties stipulate as follows, subject to approval by the Court:

1. The Court previously ordered that this case be referred to mediation.

2. The case is set for mediation on April 12, 2007.

3. A representative of the San Francisco Police Department will attend the mediation.

4. Plaintiffs have named nine police officers as defendants. Defendants contend that a majority of these officers have little or no connection to the incident giving rise to this case.

5. Excusing the officers, while having a department representative attend the mediation, will not impede the effectiveness of the process. It is almost certain that any settlement reached in the case will be paid by the City and subject to approval by the appropriate City official or board.

6. If the Court would like for an officer to be present, then the parties request that only Officer Jesse Farrell attend. Officer Farrell wrote the police report describing the incident.

Dated: March 26, 2007

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

          -/s/-   Scott D. Wiener
By:_____
        SCOTT D. WIENER

        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO, CHIEF HEATHER FONG, JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK MCCORMICK, STEPHEN COLEMAN, AND ANTHONY MONTOYA

STIPULATION RE MEDIATION
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480
2
n:\lit\li2007\070184\00017064.doc

Dated: March 26, 2007

LAW OFFICES OF GAYLA B. LIBET

   -/s/-  Gayla B. Libet
By:_____
GAYLA B. LIBET
Attorneys for Plaintiffs

ORDER

Pursuant to stipulation, it is ordered that the individual officer-defendants be excused from attending the mediation of this lawsuit.

Date: _April 5, 2007_____          _____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION RE MEDIATION     3     n:\lit\li2007\070184\00017064.doc
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480