IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. <br> _____ / | No. C 06-04480 JSW <br><br> **ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO BIFURCATE AND FOR A STAY** |

Defendants filed a motion to bifurcate Plaintiffs' claims and to stay the claims under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), and noticed it for a hearing on May 18, 2007 at 9:00 a.m. The Court HEREBY CONTINUES the hearing to May 25, 2007 at 9:00 a.m. Plaintiffs' opposition to this motion shall be filed by no later than Friday, April 27, 2007 and a reply, if any, shall be filed by no later than Friday, May 4, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 16, 2007

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE