JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; and STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; SHERMAN LEE, JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK McCORMICK, STEPHEN COLEMAN, and ANTHONY MONTOYA, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 10 through 25, inclusive,<br><br>Defendants. | No. C-06-04480-JSW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT AJAY SINGH** |

## STIPULATION

All parties hereby stipulate and agree, by and through their respective counsel, as follows:

That plaintiffs dismiss defendant AJAY SINGH from this action with prejudice.

LAW OFFICES OF JOHN L. BURRIS

Dated: 4-19-07    By: _____
JOHN L. BURRIS, Esq.
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT AJAY SINGH        1

LAW OFFICES OF GAYLA B. LIBET

Dated: 4-19-07      By: _____
                         GAYLA B. LIBET, Esq.
                         Attorneys for Plaintiffs


OFFICE OF SAN FRANCISCO CITY ATTORNEY

Dated: 4/24/07      By: _____
                         SCOTT D. WEINER, Esq.
                         Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 3, 2007        _____
                          HONORABLE JEFFREY S. WHITE
                          United States District Court Judge