IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAKIM MUHAMMAD, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C 06-04480 JSW

**ORDER RE DISCOVERY DISPUTE**

    The Court has received the parties' joint letter brief dated June 5, 2007, outlining the discovery dispute regarding Defendants' deposition subpoena of third party witness, Tonisha Boykins. The Court HEREBY GRANTS Defendants leave to file a motion to enforce the subpoena pursuant to Federal Rule of Civil Procedure 45.

    **IT IS SO ORDERED.**

Dated: June 6, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE