IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD, et al., | |
| Plaintiffs, | No. C 06-04480 JSW |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | **ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to Local Rule 72-1, Defendants' motion for civil contempt in the above captioned matter is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for July 27, 2007 is HEREBY VACATED. The Court FURTHER ORDERS that this matter is also referred to a randomly assigned magistrate judge for resolution of all discovery matters.

**IT IS SO ORDERED.**

Dated: June 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom