DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, CHIEF HEATHER FONG,
JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID
BATCHELDER, AJAY SINGH, PATRICK MCCORMICK, STEPHEN
COLEMAN, AND ANTHONY MONTOYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; SHERMAN LEE, JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK MCCORMICK, STEPHEN COLEMAN, and ANTHONY MONTOYA, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 10 through 25, inclusive,<br><br>Defendants. | Case No. C06-4480 JSW (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN PARTIES AND CLAIMS** |

ORDER RE DISMISSAL
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480

1

n:\lit\li2007\070184\00426341.doc

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all claims (both state and federal) against Officer Anthony Montoya.

2. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all claims (both state and federal) against Officer Stephen Coleman.

3. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all claims (both state and federal) against Officer David Batchelder.

4. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all claims (both state and federal) against Officer Erick Anderson.

5. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all claims (both state and federal) against Sgt. Sherman Lee.

6. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all claims (both state and federal) against Officer Patrick McCormick.

7. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all federal claims against the City and County of San Francisco and Chief Heather Fong.

8. Plaintiffs Hakim Muhammad, Joshua Miller, Stacy Richardson, and Brandon Birks hereby dismiss with prejudice all state-law claims against the City and County of San Francisco and Chief Heather Fong to the extent that those claims arise from the conduct of any police officer or city employee other than Officer Jesse Farrell and Officer David Rodriguez.  Thus, the only remaining state-law claims against the City and Chief Fong will be state-law claims arising from the conduct of Officer Jesse Farrell and Officer David Rodriguez.

9. Defendants waive their right to seek costs and attorneys fees with respect to the claims that are being dismissed pursuant to this stipulation (but not as to any remaining claims).

1 | IT IS SO STIPULATED.

3 | Dated: July 23, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
SCOTT D. WIENER
Deputy City Attorney

By: _____-/s/-   Scott D. Wiener_____
SCOTT D. WIENER
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, CHIEF HEATHER FONG, JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK MCCORMICK, STEPHEN COLEMAN, AND ANTHONY MONTOYA

Dated: July 18, 2007

By: _____-/s/-   John Burris_____
JOHN BURRIS
Attorney for Plaintiffs HAKIM MUHAMMAD, JOSHUA MILLER, STACY RICHARDSON, AND BRANDON BIRKS

Dated: July 18, 2007

By: _____-/s/-   Gayla B. Libet_____
GAYLA LIBET
Attorney for Plaintiffs HAKIM MUHAMMAD, JOSHUA MILLER, STACY RICHARDSON, AND BRANDON BIRKS

Dated: July 19, 2007

By: _____-/s/-   James Quadra_____
JAMES QUADRA
Attorney for Defendant SHERMAN LEE

ORDER RE DISMISSAL
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480

3

n:\lit\li2007\070184\00426341.doc

**ORDER**

BASED ON THE ABOVE STIPULATION, THE ABOVE-DESCRIBED CLAIMS AND PARTIES ARE HEREBY DISMISSED WITH PREJUDICE.

Dated:   July 24, 2007

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE