IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAKIM MUHAMMAD, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 06-04480 JSW

**ORDER AMENDING PRIOR REFERRAL**

On June 11, 2007, the Court referred Defendants' motion for civil contempt in the above captioned matter to a randomly assigned magistrate judge to prepare a report and recommendation, as well as all other discovery matters. The motion and discovery were referred to Magistrate Judge James Larson. Because the motion for civil contempt is a discovery matter, the Court HEREBY AMENDS its prior referral. The motion is HEREBY REFERRED to Judge Larson for resolution on the merits. There is no need to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: July 25, 2007

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc:    Wings Hom