IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAKIM MUHAMMAD, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 06-04480 JSW

**ORDER (1) TO SHOW CAUSE AND (2) OF REFERRAL**

    On August 20, 2007, this matter was set for a further case management conference on September 21, 2007. Counsel for Plaintiffs did not appear for the case management conference and had not been excused from attending by the Court. Accordingly, counsel for Plaintiffs, Gayla B. Libet and John L. Burris, are HEREBY ORDERED TO SHOW CAUSE why they should not be sanctioned in the amount of $500.00 each for their failure to appear or why Plaintiffs' claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Counsel shall respond in writing to this Order to Show Cause by September 28, 2006.

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a randomly assigned magistrate judge to conduct a settlement conference by no later than October

///

///

///

31, 2007 if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 21, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom

United States District Court
For the Northern District of California