DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C06-4480 JSW<br><br>**STIPULATION AND PROPOSED ORDER TO CHANGE SETTLEMENT CONFERENCE DEADLINE (L.R. 6-2)**<br><br>Date Action Filed: July 24, 2006<br>Trial Date: January 14, 2008 |
|---|---|

STIPULATION RE SETTL. CONF. DEADLINE
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480

1

n:\lit\li2007\070184\00441593.doc

1  WHEREAS the Court previously referred this matter to settlement conference before the
2  Honorable Wayne Brazil and set a deadline of October 31, 2007, for completion of the conference, no
3  previous extension of that deadline having occurred;
4  WHEREAS Judge Brazil only had two afternoons available during the month of October,
5  neither afternoon being available for Plaintiffs' counsel;
6  AND WHEREAS the requested extension will have no meaningful impact on the case
7  management schedule that the Court previously set;
8  THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, that
9  the deadline to complete the settlement conference of this case be extended to November 30, 2007.

Dated: October 3, 2007

            DENNIS J. HERRERA
            City Attorney
            JOANNE HOEPER
            Chief Trial Deputy
            SCOTT D. WIENER
            Deputy City Attorney

By: -/s/- Scott D. Wiener
            SCOTT D. WIENER

            Attorneys for Defendants

Dated: October 4, 2007

            LAW OFFICES OF JOHN BURRIS

By: -/s/- John Burris
            JOHN BURRIS
            Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 10, 2007

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION RE SETTL. CONF. DEADLINE      2      n:\lit\li2007\070184\00441593.doc
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480