1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 SCOTT D. WIENER, State Bar #189266
MEREDITH OSBORN, State Bar #250467
4 Deputy City Attorneys
Fox Plaza
5 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 Telephone: (415) 554-4283
Facsimile: (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; SHERMAN LEE, JESSE FARRELL, DAVID RODRIGUEZ, ERICK ANDERSON, DAVID BATCHELDER, AJAY SINGH, PATRICK MCCORMICK, STEPHEN COLEMAN, and ANTHONY MONTOYA, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 10 through 25, inclusive,<br><br>Defendants. | Case No. C06-4480 JSW (JL)<br><br>**DEFENDANTS' MOTION TO PERMIT THE FILING OF SIX MOTIONS IN LIMINE**<br><br>Date Action Filed: July 24, 2006<br>Trial Date: January 14, 2008 |

The Court's pretrial preparation order indicates that five motions in limine are typically sufficient and that leave of court is required to file more than five. Defendants have carefully culled down the number of motions in limine to six. Each of the six motions in limine is significant, and Defendants therefore request leave for consideration of all six.

Dated: November 20, 2007

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy
                        SCOTT D. WIENER
                        MEREDITH OSBORN
                        Deputy City Attorneys

                     -/s/-   Scott D. Wiener
By: _____
     SCOTT D. WIENER
     Attorneys for Defendants

Dated: November 27, 2007

IT IS SO ORDERED

*Jeffrey S. White* (signature)
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOTION TO PERMIT SIX MOTIONS IN LIMINE
Muhammad, et al. v. CCSF, et al. – USDC No. C06-4480 JSW
n:\lit\li2006\070184\00447967.doc