DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
MEREDITH OSBORN, State Bar #250467
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4283
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C06-4480 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFFS' SIXTH CAUSE OF ACTION (NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS)** |

STIPULATION
*Muhammad, et al. v. CCSF, et al.*, Case No. C06-4480
1
n:\lit\li2007\070184\00454545.doc

The parties hereby agree and stipulate to dismiss with prejudice Plaintiffs' sixth cause of action for negligent infliction of emotional distress.

Dated: December 11, 2007

                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy
                              SCOTT D. WIENER
                              MEREDITH OSBORN
                              Deputy City Attorneys

                      - /s/ -  Scott D. Wiener
               By:_____
                              SCOTT D. WIENER

                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO AND
                              CHIEF HEATHER FONG

Dated: December 11, 2007

                              LAW OFFICES OF JOHN BURRIS

                      - /s/ -  John Burris
               By:_____
                              JOHN BURRIS
                              Attorney for Plaintiffs HAKIM MUHAMMAD,
                              JOSHUA MILLER, STACY RICHARDSON, AND
                              BRANDON BIRKS

<u>ORDER</u>

Pursuant to the parties' stipulation, Plaintiffs' sixth cause of action, for negligent infliction of emotional distress, is hereby DISMISSED WITH PREJUDICE.

Dated: _December 13, 2007_                  _____
                                                   HON. JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE