DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SCOTT D. WIENER, State Bar #189266
MEREDITH OSBORN, State Bar #250467
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4283
Facsimile:     (415) 554-3837

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAKIM MUHAMMAD; JOSHUA MILLER; BRANDON BIRKS; AND STACY RICHARDSON,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a governmental entity; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No. C06-4480 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

The parties hereby agree and stipulate as follows:

1. Plaintiffs Hakim Muhammad, Joshua Miller, Brandon Birks, and Stacy Richardson hereby dismiss with prejudice this entire lawsuit, including all causes of actions against all defendants.

2. Defendants waive their costs of suit and any claim that they may have for attorneys fees.

Dated: January 7, 2008

           DENNIS J. HERRERA
           City Attorney
           JOANNE HOEPER
           Chief Trial Deputy
           SCOTT D. WIENER
           MEREDITH OSBORN
           Deputy City Attorneys

            - /s/ - Scott D. Wiener
         By:_____
           SCOTT D. WIENER

           Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, JESSE FARRELL, and DAVID RODRIGUEZ

Dated: January 7, 2008

           LAW OFFICES OF JOHN BURRIS

            - /s/ - John Burris
         By:_____
           JOHN BURRIS
           Attorney for Plaintiffs HAKIM MUHAMMAD, JOSHUA MILLER, STACY RICHARDSON, AND BRANDON BIRKS

## ORDER

Pursuant to the parties' stipulation set forth above, this entire lawsuit — as to all plaintiffs, all defendants, all claims for relief, and all causes of action — is hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: __January 7, 2008_____      _____/s/ Jeffrey S. White_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE